Shannon E. Oltarzewski (SB No. 191269)
LPLM Tax Attorneys, Inc.
4900 Hopyard Road, Suite 100
Pleasanton, California  94588
Telephone (925) 468-4194
Facsimile (925) 475-0320
Shannon@lplmtaxattorneys.com

Attorney for Debtor,
Deborah Geller

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re:

Deborah Geller,

       Debtor.

Case No.: No. 09-48358 RN 13

Motion Docket  # SEO-001

Chapter 13
Hearing Date:  NO HEARING SET
Hearing Time:
Hearing Place:
Honorable Judge Randall J. Newsome

**APPLICATION FOR ORDER BY DEFAULT ON MOTION TO AVOID LIEN RELATED TO CLAIM OF BANK OF AMERICA NA**

Debtor <u>DEBORAH GELLER</u> hereby requests entry of an order avoiding the lien related to the claim of <u>BANK OF AMERICA NA </u> and represents as follows:

1.      On October 7, 2009 debtors filed their Motion To Avoid Lien Related to Claim Of Bank of America N A (the "Motion") and supporting documents.

2.      Debtors noticed their Motion by way of Court's "scream or die" procedures, providing notice and opportunity for a hearing pursuant to Bankruptcy Local Rule 9014-1.

3.      Debtors served the Motion, notice and related documents in support thereof by U.S. Mail on October 5, 2009.

4.      More than twenty (20) days have elapsed since such services and debtors, nor their attorney, have been served with no response or request for hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on February 3, 2010 at Pleasanton, California.

          /s/ Shannon E. Oltarzewski
SHANNON E. OLTARZEWSKI (SB No. 191269)
Attorney for Debtors

APPLICATION FOR ENTRY OF ORDER ON MOTION TO AVOID LIEN RELATED

SHANNON E. OLTARZEWSKI, SBN 191269
LPLM Tax Attorneys, Inc.
4900 Hopyard Road, Suite 100
Pleasanton, California 94588
shannon@lplmtaxattorneys.com
Telephone (925) 468-4194
Facsimile (925) 475-0320

# CERTIFICATE OF SERVICE

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

The undersigned, does hereby certify the following to be true and correct.

On Wednesday, February 3, 2010, a copy of the following documents, described below,

- **APPLICATION FOR ORDER BY DEFAULT ON MOTION TO AVOID LIEN RELATED TO CLAIM OF BANK OF AMERICA NA**
- **PROPOSED ORDER GRANTING MOTION TO AVOID LIEN RELATED TO CLAIM OF BANK OF AMERICA NA**

were deposited for delivery by the United States Postal Service, via first class United States Mail, postage prepaid, first class, with sufficient postage thereon to the parties listed on the mailing list attached hereto and incorporated as though fully set forth herein.

I, Angel Coronel, declare under penalty of perjury that I have served the above referenced documents on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: February 3, 2010

*(signature)*
Angel Coronel
LPLM Tax Attorneys, Inc.
4900 Hopyard Road, Suite 200
Pleasanton, California 92054

| | |
|---|---|
| 1 | Chapter 13 Trustee |
| | Martha Bronitsky |
| 2 | PO Box 5004 |
| | Hayward, California 94540-5004 |
| 3 | |
| 4 | Officer of Corporation |
| | Bank of America NA |
| 5 | 450 American Street |
| | Simi Valley, California 93065-6285 |
| 6 | |
| 7 | Officer of Corporation |
| | Bank of America NA |
| 8 | 4060 Ogletwon/stan |
| | Newark, Delaware 19713 |
| 9 | |
| 10 | Officer of Corporation |
| | Bank of America NA |
| 11 | 4161 Piedmont Parkway |
| | Greensboro, North Carolina 27410-8119 |
| 12 | |
| 13 | Custom Recording Solutions |
| | On Behalf of Bank of America NA |
| 14 | 2550 N. Redhill Avenue |
| | Santa Ana, California 92705 |
| 15 | |
| 16 | California Reconveyance Company |
| | On Behalf of Bank of America NA |
| 17 | 9200 Oakdale Avenue |
| | Mailstop CA-2-4379 |
| 18 | Chatsworth, California 91311 |
| 19 | |
| | Agent for Service of Process for Bank of America NA |
| 20 | CT Corporation |
| | 818 West Seventh Street |
| 21 | Los Angeles, California 90017 |
| 22 | |
| 23 | Officer of Corporation |
| | Washington Mutual Fa |
| 24 | 7757 Bayberry Road |
| | Jacksonville, Florida 32256-6816 |
| 25 | |
| | Agent for Service of Process for Washington Mutual |
| 26 | Theresa M Marchlewski |
| 27 | 9200 Oakdale Avenue N1107101 |
| | Chatsworth, California 91311 |
| 28 | |

| | |
|---|---|
| 1 | John B. Acierno III |
| | PITE DUNCAN, LLP |
| 2 | 4375 Jutland Drive, Suite 200 |
| | P.O. Box 17933 |
| 3 | San Diego, CA 92177-0933 |
| 4 | |
| | Richard J. Bauer Jr. |
| 5 | MILES, BAUER, BERGSTROM & WINTERS LLP |
| | 1665 Scenic Avenue, Suite 200 |
| 6 | Costa Mesa, CA  92626 |
| 7 | |
| | Deborah Geller |
| 8 | 1415 Indianhead Way |
| | Clayton, California  94517 |
| 9 | |
| 10 | Shannon E. Oltarzewski |
| | LPLM Tax Attorneys, Inc. |
| 11 | 4900 Hopyard Road, Suite 100 |
| | Pleasanton, California  94588 |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |